

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2019

No. 04-19-00433-CR

Troy **SANCHEZ** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 19-03-047-CRW
Honorable Lynn Ellison, Judge Presiding

## O R D E R

The court reporter's request for more time to file the reporter's record is granted. We order the court reporter, Julie Verastegui, to file the reporter's record by August 28, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court